UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **NCF FREEDOM, INC.,** a Florida not-for-profit corporation, **SARAH HERNANDEZ,** **MARIBETH CLARK,** **KIM ANDERSON,** **SARA J. ENGELS,** **CARLTON LEFFLER,** and **SHELBY A. NAGLE,** <br><br>        Plaintiffs, <br><br> v. <br><br> **MANNY DIAZ, JR.,** in his official capacity as the Commissioner of the Florida State Board of Education and member of the Florida Board of Governors, et al., <br><br>        Defendants. | **CASE NO.: 4:23-cv-00360-MW-MAF** |

## JOINT REPORT ON PARTIES' MEET-AND-CONFER REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

As required by this Court's August 31, 2023 Order Setting Conference Schedule (Doc. 6), the Parties met and conferred via e-mail on Wednesday, September 6, 2023, concerning those issues raised in the Court's Order. As a result of that email communication, and in advance of the Court's scheduled September 11, 2023 telephonic scheduling conference, the Parties jointly report as follows:

1. The Parties propose that Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction would be due on or before September 29, 2023.

2. The Parties propose that Plaintiffs' Reply in Support of their Motion for Preliminary Injunction be due on or before October 13, 2023.

3. The Parties are available for a hearing on Plaintiffs' Motion for a Preliminary Injunction at the Court's convenience on Monday, October 23, 2023, or thereafter.

4. At present, the Parties do not anticipate the need for live testimony of witnesses at the Preliminary Injunction hearing. Defendants do not object to the admissibility of Plaintiffs' Declarations on the ground that they are out-of-court statements, but Defendants reserve their right to object to the admissibility of Plaintiffs' Declarations on other grounds and to make arguments concerning the weight to be accorded those Declarations.

5. Responsive pleadings by all Defendants to Plaintiff's Complaint are due on or before Monday, October 23, 2023.

6. The Parties are prepared to address these or any other issues raised by the Court as the September 11, 2023 telephonic scheduling conference.

- SIGNATURES ON FOLLOWING PAGE -

*Respectfully Submitted*,

| | |
|---|---|
| BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. | FLORIDA BOARD OF GOVERNORS |

  /s/ Gary S. Edinger                                /s/ Rachel B. Kamoutsas

GARY S. EDINGER, Esquire — RACHEL B. KAMOUTSAS, Esquire
Florida Bar No.: 0606812 — Florida Bar Number: 106869
305 N.E. 1st Street — 325 W. Gaines Street
Gainesville, Florida 32601 — Tallahassee, Florida 32399-6401
(352) 338-4440/ 337-0696 (Fax) — (850) 245-0466
GSEdinger12@gmail.com — rachel.kamoutsas@flbog.edu

DANIEL R. AARONSON, Esquire
Florida Bar No.: 314579
1700 East Las Olas Blvd., Suite 202
Ft. Lauderdale, Florida 33301
(954) 779-1700 (Fax) (954) 779-1771
daaronson@benjaminaaronson.com

*Counsel for Florida Board of Governors and Manny Diaz, Jr., in his official capacity*

*Attorneys for Plaintiffs*

LAWSON HUCK GONZALEZ, PLLC

  /s/Jason Gonzalez

GRIMES HAWKINS GLADFELTER & GALVANO P.L.

JASON GONZALEZ, Esquire
Florida Bar No. 146854
ALAN LAWSON, Esquire
Florida Bar No. 709591
RAY TREADWELL, Esquire
Florida Bar No. 93834
215 South Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334
jason@lawsonhuckgonzalez.com
alan@lawsonhuckgonzalez.com
ray@lawsonhuckgonzalez.com

  /s/ William S. Galvano

WILLIAM S. GALVANO, Esquire
Florida Bar No. 0966487
1023 Manatee Avenue W.
Bradenton, FL 34205-7816
(941) 748-0151/(941) 748-0158 (Fax)
bgalvano@grimesgalvano.com

*Counsel for President Corcoran and New College Board of Trustees*

*Counsel for Florida Board of Governors and Manny Diaz, Jr., in his official capacity*