UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NCF FREEDOM, INC.,** a Florida not-for-profit corporation, SARAH HERNANDEZ, MARIBETH CLARK, KIM ANDERSON, SARA J. ENGELS, CARLTON LEFLER, and SHELBY A. NAGLE,

    Plaintiffs,

v.                              **CASE NO. 4:23-cv-00360-MW-MAF**

**MANNY DIAZ, JR.,** in his official capacity as the Commissioner of the Florida State Board of Education and member of the Florida Board of Governors, et al.,

    Defendants.
_____/

## AMENDED NOTICE OF APPEARANCE

COMES NOW, Gianna M. Tomeo, Esq. of the law firm GRIMES HAWKINS GLADFELTER & GALVANO, P.L., hereby appears as counsel for Defendants, CHRISTOPHER RUFO, DEBRA JENKS, AMY REID, CHARLES R. KESLER, LANCE KARP, MARK BAUERLINE, MATTHEW SPALDING, RYAN T. ANDERSON, SARAH MACKIE, GRACE KEENEN, JOE JACQUOT and RON CHRISTALDI, in their official capacities as members of the New College of Florida Board of Trustees, and RICHARD CORCORAN, in his official

1

capacity as Interim President of New College of Florida, in the above-styled matter. Please direct a copy of all future documents, pleadings, and correspondence to the address and email addresses indicated below.

Dated: October 11, 2023

        **GRIMES HAWKINS GLADFELTER
& GALVANO, P.L.**

        /s/ Gianna M Tomeo
        **GIANNA M. TOMEO, ESQUIRE**
        Florida Bar No. 1049538
        1023 Manatee Avenue West
        Bradenton, Florida 34205
        gtomeo@grimesgalvano.com
        aduckett@grimesgalvano.com
        (941) 748-0151
        (941) 748-0158 *facsimile*

        *Attorney for Defendants, New College of Florida Board of Trustees and Interim President Richard Corcoran*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 11th day of October 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send email notification of such filing to all attorneys of record.

        /s/ Gianna M. Tomeo
        **GIANNA M. TOMEO, ESQUIRE**

2